TUCKER, APPELLANT, *v.* MCANINCH ET AL., APPELLEES.

[Cite as *Tucker v. McAninch* (1998), 82 Ohio St.3d 423.]

(No. 97–2618—Submitted June 24, 1998—Decided July 29, 1998.)

*Douglas Tucker, pro se.*

***Per Curiam.*** We affirm the judgment of the court of appeals for the following reasons. First, Tucker did not attach commitment papers pertinent to his claim challenging the APA's parole revocation. *State ex rel. Brantley v. Ghee* (1997), 80 Ohio St.3d 287, 288, 685 N.E.2d 1243, 1244. Second, " '[a]s long as an unreasonable delay has not occurred, the remedy for noncompliance with the *Morrissey* parole-revocation due process requirements is a new hearing, not outright release from prison.' " *State ex rel. Carrion v. Ohio Adult Parole Auth.* (1998), 80 Ohio St.3d 637, 638, 687 N.E.2d 759, 760, quoting *State ex rel. Jackson v. McFaul*

(1995), 73 Ohio St.3d 185, 188, 652 N.E.2d 746, 749. Here, as in *Carrion,* the petitioner did not allege any unreasonable delay.

*Judgment affirmed.*

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.